

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ATWELL, LLC., | § | No. 08-23-00029-CV |
| Appellant, | § | Appeal from the |
| v. | § | 407th Judicial District Court |
| DCP OPERATING COMPANY, LP; DCP SAND HILL PIPELINE, | § | of Bexar, Texas |
| | § | (TC# 2018-CI-22638) |
| Appellees. | § | |
| | § | |
| | § | |
| | § | |

**ORDER**

A notice of appeal was filed on December 20, 2022, and upon further review, the Court is asking for a written appealable order.

Therefore, the Court ORDERS that the Honorable Matthew C. Ryan, attorney for the Appellant, enter a written appealable order including the Honorable Norma Gonzales's signature. The written Order shall be filed with the District Clerk of Bexar County, Texas, and the District Clerk shall prepare a supplemental clerk's record which will include the written order and file it with this Court on or before February 2, 2023.

IT IS SO ORDERED this 23rd day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.